UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN R.G. CANDLER,<br><br>     Petitioner,<br><br>     v.<br><br>JEFF MACOMBER,<br><br>     Respondent. | Case No.: 1:24-cv-0981 JLT SAB<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS, DISMISSING THE PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE<br><br>(Doc. 9) |

Steven Candler is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  (Doc. 1.)  The magistrate judge performed a preliminary review under Rule 4 of the Rules Governing Section 2254 cases.  (Doc. 9.)  The magistrate judge observed "the petition appears to indicate that Petitioner did not appeal from the conviction, sentence, or commitment, did not seek review in the California Supreme Court, and did not file any other petitions, applications, or motions."  (*Id.* at 2.)  In response to an order to show cause why the petition should not be dismissed, Petitioner "submitted a copy of a Tulare County Superior Court Order denying his petition for writ of habeas corpus."  (*Id.*, citing Doc. 7 at 6-8.)  However, Petitioner did not demonstrate that he sought relief in the California Supreme Court.  (*Id.*)  Thus, the magistrate judge found Petitioner's claims are unexhausted and recommended the petition be dismissed without prejudice.  (*Id.*)

Petitioner filed timely responses to the Findings and Recommendations.  (Docs. 10, 11.)  He maintains that he filed a writ of habeas corpus and "sent it to Tulare County" challenging his

1

conviction, and the state court denied his request for relief. (Doc. 10 at 1; *see also id.* at 3.) However, Petitioner does not refute the finding of the magistrate judge that he did not then appeal the decision to the California Supreme Court. (*See generally id.* at 1-5; Doc. 11.) Thus, Petitioner does not show the magistrate judge erred in finding the petition is unexhausted.

According to 28 U.S.C. § 636(b)(1), the Court performed a *de novo* review of this case. Having carefully reviewed the matter, including Petitioner's responses, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated September 30, 2024 (Doc. 9) are **ADOPTED** in full.
2. The petition for writ of habeas corpus is **DISMISSED** without prejudice for failure to exhaust state judicial remedies.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **November 19, 2024**

UNITED STATES DISTRICT JUDGE